RECEIVED

AUG 1 8 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| SCOTT MICHAEL THOMPSON | CIVIL ACTION NO. 08-0922 |
| VS. | SECTION P |
| UNITED STATES DISTRICT COURT | JUDGE DOHERTY |
| | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* filed pursuant to the provisions of 28 U.S.C. §2241 be **DISMISSED** for failing to state a claim for which relief may be granted.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this ___ day of _____, 2008.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE